JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Mary A. Flowers, | CV 16-08752 JVS |
| Mary A. Flowers, | (Bnkptcy No 2:13-bk-10751 SK; |
| Appellant, | App No. 2:16-ap-01232 SK) |
| v. | ORDER OF DISMISSAL FOR |
| CitiMortgage, Inc., | LACK OF PROSECUTION |
| Appellees. | |

The Court issued on January 20, 2017 an Order to Show Cause (OSC) regarding Dismissal for Lack of Prosecution and directed that the filing of indicated documents in the Bankruptcy Court would be an adequate response to the OSC. On February 2, 2017 and March 28, 2017, the Court granted extensions to comply with the OSC to April 2, 2017 and April 16, 2017, respectively. No documents have been filed with the Bankruptcy Court and no notice has been filed with the District Court,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution.

DATED: April 26, 2017

_____
James V. Selna
United States District Judge